```
            DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,              )
                                       )
       Plaintiff,                      )
                                       )
       v.                              )   Civil No. 2008-158
                                       )
THE TERRITORY OF THE VIRGIN            )
ISLANDS, and VIRGIN ISLANDS POLICE     )
DEPARTMENT,                            )
                                       )
       Defendants.                     )

**ATTORNEYS:**

**Thomas Jackson Morse, esq.**
United States Department of Justice
Washington, D.C.
    *For the plaintiff,*

**Claude Walker, Attorney General**
**Carol Thomas-Jacobs, AAG**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
    *For the defendants.*

<u>**ORDER**</u>

On December 23, 2008, the United States filed a Complaint in this matter. The Complaint alleged that the Virgin Islands Police Department ("VIPD") had engaged in a pattern of conduct that deprived people of the rights and privileges that were guaranteed to them by the Constitution and laws of the United States. On the same date, the parties submitted to the Court a proposed Consent Decree (the "decree"). That decree was approved by the Court.

*US v. VIPD*
Civil No. 08-158
Order
Page 2

The decree lists in detail the various steps VIPD is to undertake to correct the pattern of conduct that led the United States to bring this suit. The Court has instituted a system of quarterly evidentiary hearings in this matter. The hearings serve the purpose of keeping the Court informed of VIPD's progress towards achieving compliance with the decree's requirements. The quarterly hearings also provided an incentive for VIPD to continuously work towards achieving compliance with the decree's requirements.

Since the establishment of the quarterly reporting system, experience has shown that a great deal of progress is made towards the end of a quarter. For most of the quarter, little progress is made.

To ensure that progress towards compliance is measurable and consistent, the Court at a hearing held on, November 21, 2016, directed the parties to provide the Court with regular monthly reports that would assess VIPD's efforts towards achieving compliance with the Consent Decree's requirements.

The premises considered, it is hereby

**ORDERED** that on the twenty first day of each month, the parties shall submit to the Court, via the electronic case filing system, a report on VIPD's progress towards achieving

*US v. VIPD*
Civil No. 08-158
Order
Page 3

compliance with the decree's remaining outstanding requirements; and it is further

    **ORDERED** that VIPD shall achieve substantial compliance with all of the Consent Decree's requirements no later than February 23, 2017.