IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                                    3:08-cv-00158-CVG-RM

-against-

                                                    **NOTICE OF FILING**

THE TERRITORY OF THE VIRGIN ISLANDS AND

THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

        PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Second Quarterly Report of 2020, ending in August 2020, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

Dated: August 21, 2020

                                                    CAG Consulting

                                                    By: _____*s/ Charles Gruber*_____
                                                        Charles Gruber
                                                        CAG Consulting
                                                        6N302 Ferson Woods Drive
                                                        St Charles IL 60175
                                                        Tel: (630) 762-1095
                                                        *Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeff Murray
Jeff.murray@usdoj.gov

Carol Jacobs
Carol.jacobs@doj.vi.gov

Sherri N. Lewis
Sherri.lewis@vipd.vi.gov

Gretchen Shappert
Gretchen.shappert@usdoj.com

Sansara Cannon
Sansara.cannon@usdoj.gov

                                                      s/Ann Marie Doherty

                                                Ann Marie Doherty
                                                PO Box 459
                                                Chatham, Ma. 02633
                                                Phone:1-508-945-9717
                                                dohertyam@comcast.net