IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                              3:08-cv-00158-CVG-RM

-against-

                                              **NOTICE OF FILING**

THE TERRITORY OF THE VIRGIN ISLANDS AND
THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

       PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Third Quarterly Report of 2020, ending in November 2020, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

Dated: November 22, 2020

                                                    CAG Consulting

                                                    By: _____*s/ Charles Gruber*_____
                                                         Charles Gruber
                                                         CAG Consulting
                                                         6N302 Ferson Woods Drive
                                                         St Charles IL 60175
                                                         Tel: (630) 762-1095
                                                         *Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeff Murray
Jeff.murray@usdoj.gov

Carol Jacobs
Carol.jacobs@doj.vi.gov

Sherri N. Lewis
Sherri.lewis@vipd.vi.gov

Gretchen Shappert
Gretchen.shappert@usdoj.com

Sansara Cannon
Sansara.cannon@usdoj.gov

                                                *s/Ann Marie Doherty*

                                                Ann Marie Doherty
                                                PO Box 459
                                                Chatham, Ma. 02633
                                                Phone:1-508-945-9717
                                                dohertyam@comcast.net