IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                              3:08-cv-00158-CVG-RM

-against-

                                              **NOTICE OF FILING**

THE TERRITORY OF THE VIRGIN ISLANDS AND

THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

        PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Fourth Quarterly Report of 2019, ending in February 2020, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

Dated: February 21, 2020

                                              CAG Consulting

                                              By: _____*s/ Charles Gruber*_____
                                                Charles Gruber
                                                CAG Consulting
                                                6N302 Ferson Woods Drive
                                                St Charles IL 60175
                                                Tel: (630) 762-1095

*Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Jeff Murray**
Jeff.murray@usdoj.gov

**Carol Jacobs**
Carol.jacobs@doj.vi.gov

**Sherri N. Lewis**
Sherri.lewis@vipd.vi.gov

**Gretchen Shappert**
Gretchen.shappert@usdoj.com

**Sansara Cannon**
Sansara.cannon@usdoj.gov

*s/Ann Marie Doherty*

**Ann Marie Doherty**
PO Box 459
Chatham, Ma. 02633
Phone:1-508-945-9717
dohertyam@comcast.net