IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                                            3:08-cv-00158-CVG-RM

-against-

                                                            **NOTICE OF FILING**

THE TERRITORY OF THE VIRGIN ISLANDS AND
THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

        PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Fourth Quarterly Report of 2021, ending May 6, 2022, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

Dated: May 20, 2022
AGR Police Practice Group LLC
By:  *s/ Chet Epperson*
Chet Epperson
AGR Police Practice Group LLC
Rockford, Illinois   61107
Tel: (815) 703-7421
Email:  chet.epperson@gmail.com
*Interim Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeff Murray
Jeff.murray@usdoj.gov

Carol Jacobs
Carol.jacobs@doj.vi.gov

Sherri N. Lewis
Sherri.lewis@vipd.vi.gov

Gretchen Shappert
Gretchen.shappert@usdoj.com

Sansara Cannon
Sansara.cannon@usdoj.gov

                                          *s/Ann Marie Doherty*

                                          Ann Marie Doherty
                                          PO Box 459
                                          Chatham, Ma. 02633
                                          Phone:1-774-836-7463
                                          dohertyam@comcast.net