IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                                              3:08-cv-00158-CVG-RM

       -against-

                                                              **NOTICE OF FILING (amended)**

THE TERRITORY OF THE VIRGIN ISLANDS AND

THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

       PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Second Quarterly Report of 2022, ending August 5, 2022, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

                                                                                    Dated: August 19, 2022

                                                                       AGR Police Practice Group LLC

                                                                             By:  *s/ Chet Epperson*

                                                                                      Chet Epperson

                                                     AGR Police Practice Group LLC

                                                                  Rockford, Illinois   61107

                                                                        Tel: (815) 703-7421

                                          Email:  chet.epperson@gmail.com

                                                               *Interim Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeff Murray
Jeff.murray@usdoj.gov

Carol Jacobs
Carol.jacobs@doj.vi.gov

Sherri N. Lewis
Sherri.lewis@vipd.vi.gov

Gretchen Shappert
Gretchen.shappert@usdoj.com

Sansara Cannon
Sansara.cannon@usdoj.gov

                                      *s/Ann Marie Doherty*

                                      Ann Marie Doherty
                                      PO Box 459
                                      Chatham, Ma. 02633
                                      Phone:1-774-836-7463
                                      dohertyam@comcast.net