IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE VIRGIN ISLANDS

UNITED STATES OF AMERICA,

        Plaintiff

                                                       3:08-cv-00158-CVG-RM

       -against-

                                               **NOTICE OF FILING (amended)**

THE TERRITORY OF THE VIRGIN ISLANDS AND

THE VIRGIN ISLANDS POLICE DEPARTMENT,

        Defendants.

        PLEASE TAKE NOTICE that the Independent Monitoring Team for the Virgin Islands Police Department submits the attached Second Quarterly Report of 2022, ending August 5, 2022, from the Independent Monitor for the Virgin Islands Police Department. This is pursuant to a Consent Decree entered into by the parties in the above-captioned case and filed with this Court.

                                                                    Dated: November 14, 2022

                                                       AGR Police Practice Group LLC

                                                                By:  *s/ Chet Epperson*

                                                                     Chet Epperson

                                                     AGR Police Practice Group LLC

                                                              Rockford, Illinois   61107

                                                                   Tel: (815) 703-7421

                                     Email:  chet.epperson@gmail.com

                                                         *Interim Independent Monitor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeff Murray
Jeff.murray@usdoj.gov

Carol Jacobs
Carol.jacobs@doj.vi.gov

Sherri N. Lewis
Sherri.lewis@vipd.vi.gov

Gretchen Shappert
Gretchen.shappert@usdoj.com

Sansara Cannon
Sansara.cannon@usdoj.gov

                                               *s/Ann Marie Doherty*

                                               Ann Marie Doherty
                                               PO Box 459
                                               Chatham, Ma. 02633
                                               Phone:1-774-836-7463
                                               dohertyam@comcast.net