TIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE TERRITORY OF THE VIRGIN ISLANDS )<br>and THE VIRGIN ISLANDS POLICE )<br>DEPARTMENT, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 3:08-CV-158 |

## UNITED STATES' MARCH 2023 STATUS REPORT REGARDING DEFENDANTS' COMPLIANCE WITH THE CONSENT DECREE

Pursuant to the Court's November 28, 2016 Order, ECF No. 245, the United States Department of Justice (DOJ) files this report to update the Court on the status of the Territory of the Virgin Islands and the Virgin Islands Police Department's (collectively, "VIPD") compliance with the Consent Decree, ECF No. 3.

In the past month, the parties and independent monitoring team have met twice regarding improvements to VIPD's policy on conducted energy weapons, or Tasers. VIPD undertook the process of revising its Taser policy in response to incidents discussed in previous monitoring reports. The proposed changes to the policy expressly prohibit using a Taser to prevent the escape of an individual suspected of only a nonviolent offense or against an individual who does not pose an imminent threat to themselves or others. In addition, while the policy already limits the circumstances in which an officer may use a Taser in "drive-stun" mode (where the officer applies electrodes directly to someone's skin, instead of firing prongs at a person from a distance), the revisions to the policy further clarify that a Taser may only be

used in drive-stun mode against an individual who is actively resisting. We look forward to VIPD finalizing these changes to the policy and ensuring that officers are appropriately trained on the revised policy.

On March 3, the monitor shared with the parties a draft of its workplan, discussing monitoring activities for the coming year. The parties have reviewed the workplan and returned comments. We expect to engage in further discussions regarding the workplan over the coming weeks, and then the monitor will file the plan with the Court. Additionally, members of the monitoring team will conduct a site visit March 27-30 to continue compliance discussions and information-gathering. DOJ plans to participate in this site visit.

Respectfully submitted,

**FOR THE UNITED STATES:**

STEVEN H. ROSENBAUM
Chief, Special Litigation Section
Civil Rights Division

March 21, 2023

s/ Jeffrey R. Murray
PAUL KILLEBREW
Deputy Chief
JEFFREY R. MURRAY
COREY M. SANDERS
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-9269 (telephone)
(202) 514-0212 (facsimile)

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the United States' March 2023 Status Report Regarding Defendants' Compliance with the Consent Decree was filed electronically on March 21, 2023, using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      s/ Jeffrey R. Murray
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice