# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 2008-158 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE TERRITORY OF THE VIRGIN ISLANDS; ) | |
| and THE VIRGIN ISLANDS POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## THE VIRGIN ISLANDS POLICE DEPARTMENT'S MARCH 2023 STATUS REPORT

**COME NOW** Defendants, by and through the undersigned counsel, and hereby submit the Virgin Islands Police Department's ("VIPD") March 2023 Status Report.

VIPD continues to take steps to maintain substantial compliance with the use of force, citizen complaint, and management and supervision provisions of the Consent Decree. As required by the Consent Decree, VIPD identifies, investigates, and prepares investigative reports of use of force cases. VIPD also investigates citizen complaints and issues findings regarding the investigations as part of its normal course of operations. Closed use of force and citizen complaint cases are uploaded regularly to the content management platform and file sharing system that is accessible to all parties and the Independent Monitoring Team. The IMT, DOJ and VIPD attend weekly scheduled meetings and other meetings as deemed necessary to discuss and address Consent Decree issues and review cases.

IMT, DOJ and VIPD are finalizing a new 2023-2024 Independent Monitoring Teamwork Plan that will identify the IMT's role in assessing VIPD's implementation of reforms outlined in the Consent Decree and to provide transparency of the manner in which VIPD will be evaluated to determine substantial compliance in the remaining areas of the consent decree. The IMT and USDOJ attorneys will conducting a site visit during the week of March 27-30, 2023.

During the period February 21, 2023, to March 15, 2023, there were Sixteen (16) Use of Force cases with a total of Thirty-One (31) Use of Force incidents. There were Ten (10) Level 3, and Twenty-One (21) Level 4.  During the same timeframe, there were a total of Twenty-Three (23) Use of Force cases were marked complete. The force level of the closed cases are as follows: Level 1 – 0; Level 2 - 0; Level 3 – 6; and Level 4 – 17. One Use of Force Incident was found to be not justified, not within policy. All other Use of Force cases were found to be justified within policy.

During this reporting period, VIPD received Ten (10) Citizen Complaints and completed Five (5) Citizen Complaint cases. The Citizen Complaint cases were resolved as follows:

- Exonerated -0
- Unfounded -1
- Sustained- 2
- Not Sustained - 2

Training was provided to two VIPD employees with National Counsel for Mental Wellbeing in Adult Mental Health First Aide.  VIPD prepared comprehensive EIP data review for both the St. Thomas/St. John and St. Croix Districts. The reports analyze and compare patterns and trends of Use of Force and Citizen Complaints for 2021 and 2022. The monthly Compliance Status Reports have been submitted to the Independent Monitoring Team. See *Exhibit 1*.

## **CONCLUSION**

VIPD remains committed to maintaining substantial compliance with each provision of the

Consent Decree.

                                                     RESPECTFULLY SUBMITTED,

                                                     CAROL THOMAS JACOBS, ESQ.
                                                     ACTING ATTORNEY GENERAL

DATED: March 21, 2023        BY:   /s/Lashanda Willis_____
                                             LASHANDA WILLIS, ESQ.
                                             Assistant Attorney General
                                             Bar No. R2166
                                             V.I. Department of Justice
                                             34-38 Kronprindsens Gade
                                             GERS Building, 2nd Floor
                                             St. Thomas, VI 00802
                                             Phone: (340) 774-5666
                                             E: Lashanda.willis@doj.vi.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2023, I electronically filed a true copy of the foregoing Status Report with the Clerk of the Court using the CM/ECF system, which gives notification of such filing (NEF) to the following:

    Jeffrey R. Murray, Esq
    Corey M. Sanders, Esq.
    Trial Attorneys
    Special Litigation Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530

    Joycelyn Hewlett, Esq.
    Assistant U.S. Attorney
    Ron de Lugo Federal Building & U.S. Courthouse
    5500 Veterans Drive, Suite 260
    St. Thomas, VI   00802

                                                                 /s/ Lashanda Willis_____