# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | C.A. No. 3:08-CV-158 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE TERRITORY OF THE VIRGIN ISLANDS | ) | |
| and THE VIRGIN ISLANDS POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**IMT Second Quarter 2025 Status Report**

Come now Sydney R. Roberts, Independent Monitor, and submits the IMT's second quarter Status Report for 2025.

Dated: August 15, 2025

        Respectfully submitted,

        <u>s/ Sydney R. Roberts</u>
        Independent Monitor

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a copy of the Independent Monitors' second quarter Status Report for 2025 was filed electronically on August 15, 2025, using the CM/ECF system, which will send electronic notification of this filing to all counsel of record.

                                                s/ Sydney R. Roberts
                                                Sydney R. Roberts
                                                Independent Monitor
                                                10 S. Wacker, Suite 1300, Chicago, IL 60606
                                                312-229-9893
                                                Sydney.Roberts@Jensenhughes.com