**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE VIRGIN ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:08-CV-158 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE TERRITORY OF THE VIRGIN ISLANDS | ) | |
| and THE VIRGIN ISLANDS POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**UNITED STATES' AUGUST 2025 STATUS REPORT REGARDING DEFENDANTS'**
**COMPLIANCE WITH THE CONSENT DECREE**

Pursuant to the Court's November 28, 2016 Order, ECF No. 245, the United States files

this report to update the Court on the status of the Territory of the Virgin Islands' and the

Virgin Islands Police Department's (collectively, VIPD) compliance with the Consent Decree,

ECF No. 3.

The Independent Monitoring Team (IMT) filed its report for the Second Quarter of

2025 on August 15, 2025.  ECF No. 721-1.  IMT continues to find VIPD in substantial

compliance with all but three Consent Decree paragraphs: Paragraph 37, regarding the quality

and timeliness of use-of-force investigations; Paragraph 64, regarding how VIPD analyzes and

uses data in its risk management system; and Paragraph 71, requiring complaints to be

adjudicated in a timely manner.  Additionally, IMT's report notes VIPD continues making

progress toward full compliance.

**Timeliness of Investigations and Complaint Adjudication**

As previewed during the evidentiary hearing on May 28, 2025, VIPD has made significant progress toward eliminating its backlog of investigations that are over one year old and improving timeliness with its current investigations. With respect to Paragraph 37, IMT reports that VIPD closed, i.e., completed, nearly a third more force investigations this quarter than it had in the previous quarter, including 14 of its oldest, backlogged force investigations. *Id.* at 9. IMT's report also notes a significant decline in the median age of closed force investigations overall from 158 days in the Second Quarter of 2024 to just 41 days in the Second Quarter of 2024. *Id.* Notably, VIPD's progress toward more timely investigations did not negatively impact the quality of its investigations.

IMT's report also noted improvements regarding timeliness with respect to citizen complaints and compliance with Paragraph 71. VIPD closed more than twice as many citizen complaint investigations this quarter than it did in the previous quarter. *Id.* at 13. This included nearly as many backlogged (28) as current (31) investigations. *Id.* at 14, Table TPOA4. The ages of VIPD's current cases remained in a range consistent with recent quarters, which IMT indicates shows that VIPD is operating near its capacity. *Id.* As with use of force investigations, VIPD's improving timeliness of citizen complaint cases has not come at the cost of the quality of the investigations.

**<u>Management and Supervision</u>**

VIPD has continued working to revise its risk management and early intervention policies, which we expect WIPD to finalize during the Third Quarter of 2025. Although these revised policies will not directly impact VIPD's compliance,

they should help clarify understanding VIPD members' understanding of their roles and responsibilities and improve overall performance.

VIPD has continued to conduct quarterly patterns-and-trends meetings this quarter, though the IMT notes that these meetings need to be timelier so they can be most useful to VIPD. The United States understands VIPD to be close to full compliance with Paragraph 64. To reach compliance, VIPD need only to demonstrate that it can timely and consistently produce the necessary reports and conduct the pattern-and-trends meetings going forward.

The United States supports VIPD's ongoing efforts toward achieving full compliance and successful resolution of this case in the near future.

Respectfully submitted,

**FOR THE UNITED STATES:**

August 21, 2025

ANDREW DARLINGTON
Acting Chief, Special Litigation Section
Civil Rights Division

LAURA COWALL
Acting Chief, Special Litigation Section
Civil Rights Division

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney, Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-5535 (telephone)
(202) 514-0212 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the United States' August 2025 Status Report Regarding Defendants' Compliance with the Consent Decree was filed electronically on August 21, 2025, using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice
