IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:08-cv-0158** |
| ) | |
| **THE TERRITORY OF THE VIRGIN ISLANDS** ) | |
| **And THE VIRGIN ISLANDS POLICE** ) | |
| **DEPARTMENT,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the United States of America's (the "United States") Motion for Stay in Light of Lapse of Appropriations. (ECF No. 732.) The United States moves the Court to stay the deadlines for the filing of its October 2025 monthly report and future monthly reports, due to the lapse of the appropriations that occurred when the continuing resolution that funded the Department of Justice expired at the end of the day on September 30, 2025. *Id.* Opposing counsel has no objection to the motion. *Id.* The Court will grant the motion. The parties will be required to appear at the next evidentiary hearing (the "Hearing") scheduled for December 12, 2025[1], absent a subsequent court order continuing the Hearing. Accordingly, after careful consideration and review, and the Court being fully advised in the premises, it is hereby

**ORDERED** that the United States' Motion for Stay in Light of Lapse of Appropriations, ECF No. 732, is **GRANTED**; it is further

---

[1] *See*, ECF No. 730.

*United States of America v Territory of the Virgin Islands, et. al.*
Case No. 3:08-cv-158
Order
Page 2 of 2

**ORDERED** that the United States' deadlines for the filing its October 2025 monthly report and future monthly reports are **STAYED** during the lapse of government appropriations; it is further

**ORDERED** that the parties **SHALL** be required to appear at the next hearing in this matter, scheduled for December 12, 2025, absent a subsequent court order continuing the Hearing; and it is further

**ORDERED** that when appropriations have been restored, counsel for the United States shall immediately, within 10 days of said restoration of appropriations, confer with opposing counsel and notify the Court through the appropriate motion for an extension or enlargement of time to meet any deadline that could not be met during the lapse of appropriations.

**SO ORDERED.**

**Dated:** October 29, 2025                    */s/ Robert A. Molloy*
                                               **ROBERT A. MOLLOY**
                                               **Chief Judge**