**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE VIRGIN ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE TERRITORY OF THE VIRGIN ISLANDS and THE VIRGIN ISLANDS POLICE DEPARTMENT,

Defendants.

Case No. 3:08-CV-158

**UNITED STATES' OCTOBER 2026 STATUS REPORT REGARDING DEFENDANTS' COMPLIANCE WITH THE CONSENT DECREE**

Pursuant to the Court's November 28, 2016 Order, ECF No. 245, the United States files this report to update the Court on the status of the Territory of the Virgin Islands' and the Virgin Islands Police Department's (collectively VIPD) to sustain compliance with the Consent Decree, Dkt. No. 3.

The parties and Independent Monitoring Team (IMT) have continued meeting regularly to discuss VIPD's ongoing efforts to sustain compliance with the Consent Decree. VIPD has informed the IMT and United States that it has now filled the long-vacant research analyst position in internal affairs. The new analyst started during the week of October 5 and VIPD and the IMT are working to schedule a meeting for the analyst with IMT's data expert to discuss the compliance-related expectations of the position. Additionally, the Compliance and Change Management Unit continues working toward hiring an additional auditor, and VIPD has started exploring ways to offer new advancement opportunities for individuals working as auditors,

including the potential creation of Auditor 1 and Auditor 2 positions. And VIPD has stated that it intends to broaden the scope of its next patterns and trends report to include a broader, six-month comparison in addition to the regular quarterly analyses.

The United States will continue to support VIPD in its efforts to sustain compliance with the remaining sections of the Consent Decree and the full termination of the Consent Decree.

Respectfully submitted,

**FOR THE UNITED STATES:**

October 21, 2026

PATRICK MCCARTHY
Chief, Special Litigation Section
Civil Rights Division

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 353-5535 (telephone)
(202) 514-0212 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the United States' October 2026 Status Report Regarding Defendants' Compliance with the Consent Decree was filed electronically on October 21, 2026, using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice